JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LEVITAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | CASE NO. 2:17-CV-06037-CJC (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: February 28, 2019

_____
HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE