UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LEVITAN<br><br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | CASE NO. 2:17-CV-06037-CJC-SK<br><br>[PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees and Costs, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees and expenses in the total amount of $4,800 as authorized by 28 U.S.C. § 2412, and $400 costs of suit, as authorized by 28 § U.S.C. 1920.

DATED: May 29, 2019

_____
HON. STEVE KIM
United States Magistrate Judge

Order